CALVIN W. KLEIN, Appellant, *v.* WESTERN UNION TELE-
GRAPH COMPANY, Respondent.

Submitted November 13, 1939; decided November 21, 1939.

*S. S. Goldsmith* for motion.

*Francis R. Stark* opposed.

Motion granted upon payment of taxable costs.